JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

February 24, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VRV___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAGAS, LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>MIGUEL ANGEL NUNEZ, et al.,<br><br>            Defendants. | Case No. CV 17-1085 PA (SSx)<br><br>**ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION** |

    The Court will remand this unlawful detainer action to state court summarily because Defendant removed it improperly.

    On February 10, 2017, Defendant Arcadia Alfaro, having been sued in a routine unlawful detainer action in California state court, filed a Notice Of Removal of that action to this Court and presented an application to proceed <u>in forma pauperis</u>. The Court has denied the latter application under separate cover because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

Simply stated, this action could not have been originally filed in federal court because the complaint does not competently allege facts supporting either diversity or federal-question jurisdiction, and therefore removal is improper. 28 U.S.C. § 1441(a); see Exxon Mobil Corp. v. Allapattah Svcs., Inc., 545 U.S. 546, 563 (2005).

Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the Superior Court of California, County of Los Angeles, 400 Civic Center Plaza, Pomona, CA 91766, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) the Clerk send a certified copy of this Order to the state court; and (3) the Clerk serve copies of this Order on the parties. IT IS SO ORDERED.

DATED: February 24, 2017

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE